1 | DESOUZA LAW OFFICES, a professional corporation
JACQUELINE DESOUZA, State Bar No.:133686
2 | PAMELA F. ELLMAN, State Bar No.:164574
2397 Shattuck Avenue, Suite 202
3 | Berkeley, CA 94704
Telephone: (510) 649-3420
4 | Facsimile: (510) 649-1711

5 | Attorneys for Defendant(s):
RWS ENTERPRISES WHICH WILL DO BUSINESS
6 | IN CALIFORNIA AS KIDDIE KANDIDS, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JACQUELYN HARRIS, LORA MOTE, and COURTNEY COLIANNA, on behalf of themselves and all others similarly situated, | Case No. C08-00852 EMC |
| Plaintiffs, | |
| vs. | **NOTICE OF FILING AMENDED PROOF OF SERVICE** |
| RWS ENTERPRISES WHICH WILL DO BUSINESS IN CALIFORNIA AS KIDDIE KANDIDS, INC, and DOES 1 through 50, inclusive, | |
| Defendants. | |

NOTICE is hereby given that Defendant files an Amended Proof Of Service of its Notice of Removal. A true and correct copy of the amended proof of service is attached hereto.

DATED: February 7, 2008                    DESOUZA LAW OFFICES
                                            a professional corporation

                                            By:   / s /   Jacqueline deSouza
                                            _____
                                            Attorneys for Defendant(s)
                                            RWS ENTERPRISES WHICH WILL DO
                                            BUSINESS IN CALIFORNIA AS KIDDIE
                                            KANDIDS, INC.

NOTICE OF FILING AMENDED NOTICE OF PROOF OF SERVICE – C08-00852 EMC
1

1  I declare as follows:

2  I am over age 18, not a party to this action, and am employed in Alameda County at Desouza
3  Law Offices PC located at 2397 Shattuck Avenue, Suite 202, Berkeley, CA 94704.

4  On February 7, 2008, I served a copy(ies) of the following document(s):

5  **DEFENDANT'S NOTICE OF REMOVAL**

6  on the parties to this action by placing them in a sealed envelope(s) addressed as follows:

7  ATTORNEYS FOR PLAINTIFFS:
Randall Crane
8  Law Office of Randall Crane
180 Grand Avenue, Suite 1550
9  Oakland, CA 94612

10  ☐   (BY MAIL)   Following ordinary business practices, I placed for collection and delivery by U.S. mail at the address listed above the item(s) listed above in a sealed envelope(s), with postage fully prepaid and addressed to the parties listed above. I am familiar with the business practice for collection and processing of correspondence for mailing with the United States Postal Service and, in the ordinary course of business, the correspondence would be picked up for delivery on the same day it was left for collection.

14  ☒   (BY OVERNIGHT DELIVERY)   Following ordinary business practices, I placed for collection and delivery by overnight mail at the office of DESOUZA LAW OFFICES, PC, located at the address listed above, copies of the above items in sealed envelope(s), label imprinted with our account number for payment, and addressed to the parties listed above. I am familiar with the business practice for collection and processing of correspondence for delivery by overnight mail with Federal Express and, in the ordinary course of business, the correspondence would be picked up by Federal Express on the day indicated below for delivery the following business day, or the day thereafter.

19  ☐   (BY FACSIMILE)   Following our ordinary business practices, I placed for facsimile delivery by DESOUZA LAW OFFICES, PC a copy of the above items in our facsimile machine. I am familiar with the business practice for faxing documents and, in the ordinary course of business, dialed counsel's fax number and faxed the above-referenced documents to counsel as indicated above. In the normal course of our business operations, our fax machine confirms that faxes are delivered. I obtained such a fax confirmation for each person identified above.

23  ☒   (BY HAND DELIVERY)   Following our ordinary business practices, I provided the documents identified above to One Hour Legal Services for hand delivery upon the party located at the address identified above on this date.

25  I declare under penalty of perjury under the laws of the State of California and of the United States of America that the above is true and correct.

27  DATED: February 7, 2008         By:_____/ s /_____
                                        Jacqueline deSouza

28

NOTICE OF FILING AMENDED NOTICE OF PROOF OF SERVICE – C08-00852 EMC

2