1  DESOUZA LAW OFFICES, a professional corporation
   JACQUELINE DESOUZA, State Bar No.:133686
2  PAMELA F. ELLMAN, State Bar No.:164574
   2397 Shattuck Avenue, Suite 202
3  Berkeley, CA 94704
   Telephone:  (510) 649-3420
4  Facsimile:   (510) 649-1711

5  Attorneys for Defendant(s):
   RWS  ENTERPRISES WHICH WILL DO BUSINESS
6  IN CALIFORNIA AS KIDDIE KANDIDS, INC

7

8                     UNITED STATES DISTRICT COURT

9                     NORTHERN DISTRICT OF CALIFORNIA

10

11 JACQUELYN HARRIS, LORA MOTE, and            Case No.  C08-00852 EMC
   COURTNEY COLIANNA, on behalf of
12 themselves and all others similarly situated,

13        Plaintiffs,

14                                              **DECLINATION TO PROCEED
       vs.                                      BEFORE A MAGISTRATE JUDGE
15                                              AND REQUEST FOR REASSIGNMENT
   RWS ENTERPRISES WHICH WILL DO                TO A UNITED STATES DISTRICT
16 BUSINESS IN CALIFORNIA AS KIDDIE             JUDGE**
   KANDIDS, INC, and DOES 1 through 50,
17 inclusive,

18        Defendants.
   _____/
19

20

21        REQUEST FOR REASSIGNMENT TO A UNITED STATES DISTRICT JUDGE

22        Defendant RWS ENTERPRISES WHICH WILL DO BUSINESS IN CALIORNIA AS

23 KIDDIE KANDIDS, INC. hereby declines to consent to the assignment of this case to a United States

24 ///

25 ///

26 ///

27 ///

28

DECLINATION TO PROCEED BEFORE A MAGISTRATE JUDGE AND REQUEST FOR
REASSIGNMENT TO A UNITED STATES DISTRICT JUDGE - C08-00852 EMC
- 1 -

1 | Magistrate Judge for trial and disposition and hereby requests the reassignment of this case to a United
2 | States District Judge.

4 | DATED:  February 15, 2008                    DESOUZA LAW OFFICES
                                                a professional corporation

                                                By:    / s /  Jacqueline deSouza
                                                _____
                                                Attorneys for Defendant(s)
                                                RWS ENTERPRISES WHICH WILL DO
                                                BUSINESS IN CALIFORNIA AS KIDDIE
                                                KANDIDS, INC.

DECLINATION TO PROCEED BEFORE A MAGISTRATE JUDGE AND REQUEST FOR
REASSIGNMENT TO A UNITED STATES DISTRICT JUDGE - C08-00852 EMC
- 2 -