1  DESOUZA LAW OFFICES, a professional corporation
   JACQUELINE DESOUZA, State Bar No.:133686
2  PAMELA F. ELLMAN, State Bar No.:164574
   2397 Shattuck Avenue, Suite 202
3  Berkeley, CA 94704
   Telephone:  (510) 649-3420
4  Facsimile:   (510) 649-1711

5  Attorneys for Defendant(s):
   RWS  ENTERPRISES WHICH WILL DO BUSINESS
6  IN CALIFORNIA AS KIDDIE KANDIDS, INC

7

8                          UNITED STATES DISTRICT COURT

9                          NORTHERN DISTRICT OF CALIFORNIA

10

11 | JACQUELYN HARRIS, LORA MOTE, and       | Case No.  C08-00852
   | COURTNEY COLIANNA, on behalf of        |
12 | themselves and all others similarly situated, |
   |                                        |
13 |         Plaintiffs,                    | **PROOF OF SERVICE RE:**
   |                                        | **DECLINATION TO PROCEED**
14 |     vs.                                | **BEFORE A MAGISTRATE JUDGE;**
   |                                        | **NOTICE OF FILING AMENDED**
15 | RWS ENTERPRISES WHICH WILL DO          | **PROOF OF SERVICE**
16 | BUSINESS IN CALIFORNIA AS KIDDIE       |
   | KANDIDS, INC, and DOES 1 through 50,   |
17 | inclusive,                             |
18 |         Defendants.                    |
19 |                                        |
20 | _____/     |

PROOF OF SERVICE – C08-00852
- 1 -

I declare as follows:

I am over age 18, not a party to this action, and am employed in Alameda County at Desouza Law Offices PC located at 2397 Shattuck Avenue, Suite 202, Berkeley, CA 94704.

On February 19, 2008, I served a copy(ies) of the following document(s):

**DECLINATION TO PROCEED BEFORE A MAGISTRATE JUDGE AND REQUEST FOR REASSIGNMENT TO A UNITED STATES DISTRICT JUDGE**

**NOTICE OF FILING AMENDED PROOF OF SERVICE**

on the parties to this action by placing them in a sealed envelope(s) addressed as follows:

<u>ATTORNEYS FOR PLAINTIFFS</u>:
Leonard Thomas Emma
Attorney at Law
180 Grand Avenue, Suite 1550
Oakland, CA 94612

☒ (BY MAIL) Following ordinary business practices, I placed for collection and delivery by U.S. mail at the address listed above the item(s) listed above in a sealed envelope(s), with postage fully prepaid and addressed to the parties listed above. I am familiar with the business practice for collection and processing of correspondence for mailing with the United States Postal Service and, in the ordinary course of business, the correspondence would be picked up for delivery on the same day it was left for collection.

☐ (BY OVERNIGHT DELIVERY) Following ordinary business practices, I placed for collection and delivery by overnight mail at the office of DESOUZA LAW OFFICES, PC, located at the address listed above, copies of the above items in sealed envelope(s), label imprinted with our account number for payment, and addressed to the parties listed above. I am familiar with the business practice for collection and processing of correspondence for delivery by overnight mail with Federal Express and, in the ordinary course of business, the correspondence would be picked up by Federal Express on the day indicated below for delivery the following business day, or the day thereafter.

☐ (BY FACSIMILE) Following our ordinary business practices, I placed for facsimile delivery by DESOUZA LAW OFFICES, PC a copy of the above items in our facsimile machine. I am familiar with the business practice for faxing documents and, in the ordinary course of business, dialed counsel's fax number and faxed the above-referenced documents to counsel as indicated above. In the normal course of our business operations, our fax machine confirms that faxes are delivered. I obtained such a fax confirmation for each person identified above.

I declare under penalty of perjury under the laws of the State of California and of the United States of America that the above is true and correct.

DATED: February 19, 2008          By:_____/ s /_____
                                        Kristen Del Simone