1  DESOUZA LAW OFFICES, a professional corporation
   JACQUELINE DESOUZA, State Bar No.:133686
2  PAMELA F. ELLMAN, State Bar No.:164574
   2397 Shattuck Avenue, Suite 202
3  Berkeley, CA 94704
   Telephone: (510) 649-3420
4  Facsimile: (510) 649-1711

5  Attorneys for Defendant(s):
   RWS ENTERPRISES WHICH WILL DO BUSINESS
6  IN CALIFORNIA AS KIDDIE KANDIDS, INC

7

8                  UNITED STATES DISTRICT COURT

9                  NORTHERN DISTRICT OF CALIFORNIA

10

11 JACQUELYN HARRIS, LORA MOTE, and           Case No. C08-00852
   COURTNEY COLIANNA, on behalf of
12 themselves and all others similarly situated,

13        Plaintiffs,                          **PROOF OF SERVICE RE: ORDER
                                               SETTING CASE MANAGEMENT
14                                             CONFERENCE AND ADR
       vs.                                     DEADLINES; NOTICE OF
15                                             ASSIGNMENT TO MAGISTRATE
   RWS ENTERPRISES WHICH WILL DO               JUDGE FOR TRIAL; ECF
16 BUSINESS IN CALIFORNIA AS KIDDIE            REGISTRATION INFORMATION
   KANDIDS, INC, and DOES 1 through 50,        HANDOUT**
17 inclusive,

18        Defendants.

19
   _____/
20

21

22

23

24

25

26

27

28

1  I declare as follows:

2  I am over age 18, not a party to this action, and am employed in Alameda County at Desouza
3  Law Offices PC located at 2397 Shattuck Avenue, Suite 202, Berkeley, CA 94704.

4  On February 19, 2008, I served a copy(ies) of the following document(s):

**ORDER SETTING INITIAL CASE MANAGEMENT CONFERENCE AND ADR DEADLINES, with attachments: (1) STANDING ORDER FOR CIVIL PRACTICE IN CASES ASSIGNED FOR ALL PURPOSES TO MAGISTRATE JUDGE EDWARD M. CHEN (8/6/07); and (2) STANDING ORDER FOR ALL JUDGES OF THE NORTHERN DISTRICT OF CALIFORNIA, CONTENTS OF JOINT CASE MANAGEMENT STATEMENT**

**NOTICE OF ASSIGNMENT OF CASE TO A UNITED STATES MAGISTRATE JUDGE FOR TRIAL**

**ECF REGISTRATION INFORMATION HANDOUT**

on the parties to this action by placing them in a sealed envelope(s) addressed as follows:

ATTORNEYS FOR PLAINTIFFS:

| | |
|---|---|
| Randall Crane | Michael Adams |
| Leonard Emma | Law Offices of Michael Adams |
| Law Office of Randall Crane | 700 Marshall Street, Suite 300 |
| 180 Grand Avenue, Suite 1550 | Redwood City, CA 94063 |
| Oakland, CA 94612 | |

☒  (BY MAIL)  Following ordinary business practices, I placed for collection and delivery by U.S. mail at the address listed above the item(s) listed above in a sealed envelope(s), with postage fully prepaid and addressed to the parties listed above. I am familiar with the business practice for collection and processing of correspondence for mailing with the United States Postal Service and, in the ordinary course of business, the correspondence would be picked up for delivery on the same day it was left for collection.

☐  (BY OVERNIGHT DELIVERY)  Following ordinary business practices, I placed for collection and delivery by overnight mail at the office of DESOUZA LAW OFFICES, PC, located at the address listed above, copies of the above items in sealed envelope(s), label imprinted with our account number for payment, and addressed to the parties listed above. I am familiar with the business practice for collection and processing of correspondence for delivery by overnight mail with Federal Express and, in the ordinary course of business, the correspondence would be picked up by Federal Express on the day indicated below for delivery the following business day, or the day thereafter.

☐  (BY FACSIMILE)  Following our ordinary business practices, I placed for facsimile delivery by DESOUZA LAW OFFICES, PC a copy of the above items in our facsimile machine. I am familiar with the business practice for faxing documents and, in the ordinary course of business, dialed counsel's fax number and faxed the above-referenced documents to counsel as indicated above.  In

1  the normal course of our business operations, our fax machine confirms that faxes are delivered.  I obtained such a fax confirmation for each person identified above.
2
3      I declare under penalty of perjury under the laws of the State of California and of the United States of America that the above is true and correct.
4
  DATED: February 19, 2008        By:_____/ s /_____
5                                                  Kristen Del Simone

6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28