Randall Crane (SBN 56806)
Leonard Emma (SBN 224483)
LAW OFFICE OF RANDALL CRANE
180 Grand Ave., Suite 1550
Oakland, CA 94612
Telephone: (510) 465-4606
Facsimile: (510) 465-4643

Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JACQUELYN HARRIS, LORA MOTE, and COURTNEY COLIANNA, on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>RWS ENTERPRISES WHICH WILL DO BUSINESS IN CALIFORNIA AS KIDDIE KANDIDS, INC., and DOES 1 through 50, inclusive,<br><br>Defendants. | Case No.: C 08-00852 PJH<br>Honorable Phyllis J. Hamilton<br><br>**CLASS ACTION**<br><br>**PLAINTIFFS' NOTICE OF MOTION AND MOTION TO REMAND TO STATE COURT**<br><br>**JURY TRIAL DEMANDED**<br><br>**HEARING:**<br>**Date:** April 2, 2008<br>**Time:** 9:00 a.m.<br>**Judge:** Honorable Phyllis J. Hamilton<br><br>Action Filed: January 4, 2008 |

NOTICE IS HEREBY GIVEN that on Wednesday, April 2, 2008, at 9:00 a.m., or as soon thereafter as the matter may be heard, in Courtroom 3 of this Court, located at 450 Golden Gate Avenue, 17th Floor, San Francisco, CA 94102, specially appearing Plaintiffs, JACQUELYN HARRIS, LORA MOTE, and COURTNEY COLIANNA ("Plaintiffs"), will move for an Order remanding this action to State Court.

Said motion to remand will be made on the grounds that Defendant has failed to demonstrate by a preponderance of the evidence that Plaintiffs' claims exceed the minimum jurisdictional requirements of this Court.

1 | The Motion will be based on (i) this notice of motion, (ii) the Declaration of Randall
2 | Crane and Exhibits Thereto submitted herewith, (iii) the Declaration of Lora Mote and Exhibits
3 | Thereto submitted herewith, (iv) the Memorandum of Points and Authorities submitted herewith,
4 | and (v) the papers and records on file herein, and on such oral and documentary evidence as may
5 | be presented at the hearing of the motion.

Dated: February 25, 2007     LAW OFFICE OF RANDALL CRANE

*(signed)*
Randall Crane
Attorney for Plaintiffs