1  Randall Crane (SBN 56806)
   Leonard Emma (SBN 224483)
2  LAW OFFICE OF RANDALL CRANE
   180 Grand Ave., Suite 1550
3  Oakland, CA 94612
   Telephone:  (510) 465-4606
4  Facsimile:  (510) 465-4643

5  Attorneys for Plaintiffs

6                    UNITED STATES DISTRICT COURT

7                 NORTHERN DISTRICT OF CALIFORNIA

8

9  JACQUELYN HARRIS, LORA MOTE, and          )   Case No.: C 08-00852 PJH
   COURTNEY COLIANNA, on behalf of           )   Honorable Phyllis J. Hamilton
10 themselves and all others similarly situated,  )
                                             )   **CLASS ACTION**
11                      Plaintiffs,          )
                                             )   **PLAINTIFFS' NOTICE OF MOTION**
12                      v.                    )   **AND MOTION TO REMAND TO STATE**
                                             )   **COURT**
13 RWS ENTERPRISES WHICH WILL DO             )
   BUSINESS IN CALIFORNIA AS KIDDIE          )   **JURY TRIAL DEMANDED**
14 KANDIDS, INC., and DOES 1 through 50,     )
   inclusive,                                )   **HEARING:**
15                                           )   **Date:** April 2, 2008
                      Defendants.            )   **Time:** 9:00 a.m.
16                                           )   **Judge:** Honorable Phyllis J. Hamilton
                                             )
17                                           )   **Action Filed:  January 4, 2008**
   _____ )

18

19      NOTICE IS HEREBY GIVEN that on Wednesday, April 2, 2008, at 9:00 a.m., or as soon

20 thereafter as the matter may be heard, in Courtroom 3 of this Court, located at 450 Golden Gate

21 Avenue, 17th Floor, San Francisco, CA 94102, specially appearing Plaintiffs, JACQUELYN

22 HARRIS, LORA MOTE, and COURTNEY COLIANNA ("Plaintiffs"), will move for an Order

23 remanding this action to State Court.

24      Said motion to remand will be made on the grounds that Defendant has failed to

25 demonstrate by a preponderance of the evidence that Plaintiffs' claims exceed the minimum

   jurisdictional requirements of this Court.

1    The Motion will be based on (i) this notice of motion, (ii) the Declaration of Randall

2   Crane and Exhibits Thereto submitted herewith, (iii) the Declaration of Lora Mote and Exhibits

3   Thereto submitted herewith, (iv) the Memorandum of Points and Authorities submitted herewith,

4   and (v) the papers and records on file herein, and on such oral and documentary evidence as may

5   be presented at the hearing of the motion.

6   Dated:  February 25, 2007                              LAW OFFICE OF RANDALL CRANE

7

8

9

10                                                                          Randall Crane
                                                                             Attorney for Plaintiffs

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25