Randall Crane (SBN 56806)
Leonard Emma (SBN 224483)
LAW OFFICE OF RANDALL CRANE
180 Grand Ave., Suite 1550
Oakland, CA 94612
Telephone: (510) 465-4606
Facsimile: (510) 465-4643

Attorneys for Plaintiffs

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JACQUELYN HARRIS, LORA MOTE, and COURTNEY COLIANNA, on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>RWS ENTERPRISES WHICH WILL DO BUSINESS IN CALIFORNIA AS KIDDIE KANDIDS, INC., and DOES 1 through 50, inclusive,<br><br>Defendants. | Case No.: C 08-00852 PJH<br>Honorable Phyllis J. Hamilton<br><br>**CLASS ACTION**<br><br>**DECLARATION OF LORA MOTE IN SUPPORT OF PLAINTIFFS' MOTION TO REMAND TO STATE COURT**<br><br>**JURY TRIAL DEMANDED**<br><br>**HEARING:**<br>**Date:** April 2, 2008<br>**Time:** 9:00 a.m.<br>**Judge:** Honorable Phyllis J. Hamilton<br><br>**Action Filed: January 4, 2008** |

I, LORA MOTE, do hereby declare and state as follows:

1. I am a Named Plaintiff in this action and was employed by Defendant Kiddie Kandids as a "manager" from September 2002 to July 2007.

2. Defendant Kiddie Kandids ("Defendant" and/or "Kiddie Kandids") owns and operates photo studios in shopping malls and other locations throughout the State of California, including within the County of Alameda.

3. Plaintiffs Jacquelyn Harris, Lora Mote, and Courtney Colianna ("Named Plaintiffs") are citizens of the State of California who have worked and/or continue to work as store managers for Defendant.

4.  Defendant operates approximately 31 different store locations in the State of California and employs one "manager" at each store. A true and correct printout from Defendant's website showing the number of stores in the State of California is attached hereto as Exhibit 1.

5.  Many of Defendant's store locations within California have opened within the last four years.

6.  Defendant's "managers" earn between $20,000 and $40,000 per year. Most "managers" that I knew during the class period earned less than $30,000 per year.

7.  Defendant repeatedly informed me that I was Defendant's highest paid "manager." At that time, I was earning approximately $39,000 per year.

I declare under penalty of perjury under the laws of the State of California and the United States of America that the foregoing is true and correct.

Executed this 22 day of February, 2008, at Oakland, California.

_____
Lora Mote
Declarant

Case No.: C 08-00852 PJH

# EXHIBIT 1

Declaration of Lora Mote in Support of Plaintiffs' Motion to Remand
Case No.: C 08-00852 PJH

# Locations & Appointments
*Located in malls and BABIES"R"US studios across the country*

## California Studios:

### Brea
**Inside BABIES"R"US**
2575 E Imperial Hwy
Book an Appointment
Map (714) 582-0029

### Calabasas
**Inside BABIES"R"US**
23741 Calabasas Road
Book an Appointment
Map (818) 225-1136

### Cerritos
**Inside BABIES"R"US**
11540 South St
Book an Appointment
Map (562) 865-8133

### Chula Vista
**Inside BABIES"R"US**
1860 Main Court
Book an Appointment
Map (619) 656-1291

### Downey
**Stonewood Center**
209 Stonewood Center
Book an Appointment
Map (562) 869-6177

### El Centro
**Imperial Valley Mall**
3451 Dogwood Ave.
Book an Appointment
Map (760) 337-1191

### Folsom
**Inside BABIES"R"US**
2785 E. Bidwell Street
Book an Appointment
Map (916) 984-0598

### Foothill Ranch
**Inside BABIES"R"US**
26532 Towne Centre Drive
Book an Appointment
Map (949) 461-9348

### Irvine
**Irvine Spectrum**
111 Fortune Drive
Book an Appointment
Map (949) 823-9506

### La Mesa
**Inside BABIES"R"US**
8165 Fletcher Pkwy
Book an Appointment
Map (619) 337-6456

### Mira Mesa
**Inside BABIES"R"US**
8181 Mira Mesa Blvd.
Book an Appointment
Map (858) 549-9101

### Modesto
**Inside BABIES"R"US**
3500 Sisk Road
Book an Appointment
Map (209) 545-6944

### Ontario
**Inside BABIES"R"US**
4430 Ontario Mills Pkwy
Book an Appointment
Map (909) 987-3119

### Oxnard
**Inside BABIES"R"US**
2340 N Rose Ave
Book an Appointment
Map (805) 604-0390

### Palmdale
**Antelope Valley**
1233 West Ave P
Book an Appointment
Map (661) 538-0626

### Pinedale
**Inside BABIES"R"US**
7370 North Blackstone Road
Book an Appointment
Map (559) 438-2797

### Pleasanton
**Inside BABIES"R"US**
4990 Dublin Blvd
Book an Appointment
Map (925) 803-7791

### Redlands
**Inside BABIES"R"US**
9930 Alabama Street
Book an Appointment
Map (909) 798-9208

### Riverside
Coming in 2008!
**Inside BABIES"R"US**
2550 Canyon Springs Parkway
Awaiting Telephone

### Roseville
**Inside BABIES"R"US**
1248 Galleria Blvd
Book an Appointment
Map (916) 783-8255

### San Bruno
**Shops at Tanforan**
1150 El Camino Real
Book an Appointment
Map (650) 873-6262

### San Jose
**Inside BABIES"R"US**
865 Blossom Hill Road
Book an Appointment
Map (408) 226-3664

### San Jose
**Eastridge Mall**
2200 Eastridge Loop
Book an Appointment
Map (408) 223-1050

### Torrance
**Inside BABIES"R"US**
20120 Hawthorne Blvd
Book an Appointment
Map (310) 921-3718

### Tustin
**Inside BABIES"R"US**
13672 Jamboree Rd
Book an Appointment
Map (714) 838-9152

### Union City
**Inside BABIES"R"US**
31250 Court House Drive
Book an Appointment
Map (510) 475-5724

### Van Nuys
**Inside BABIES"R"US**
7886 N Van Nuys Blvd
Book an Appointment
Map (818) 304-0031

### Victorville
**Victor Valley**
14400 Bear Valley Rd.
Book an Appointment
Map (760) 955-1066

### Vista
**Inside BABIES"R"US**
1990 University Dr
Book an Appointment
Map (760) 940-2713

### West Covina
**Inside BABIES"R"US**
2753 Eastland Center Dr
Book an Appointment
Map (626) 974-7905

### Westminster
**Inside BABIES"R"US**
530 Westminster Mall
Book an Appointment
Map (714) 901-1778

- Home • Customer Preference Checklist • Career Opportunities • Customer Support
- About Us • Site Map • Privacy Policy © 2008 Kiddie Kandids