Randall Crane (SBN 56806)
Leonard Emma (SBN 224483)
LAW OFFICE OF RANDALL CRANE
180 Grand Ave., Suite 1550
Oakland, CA 94612
Telephone: (510) 465-4606
Facsimile: (510) 465-4643

Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JACQUELYN HARRIS, LORA MOTE, and COURTNEY COLIANNA, on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>RWS ENTERPRISES WHICH WILL DO BUSINESS IN CALIFORNIA AS KIDDIE KANDIDS, INC., and DOES 1 through 50, inclusive,<br><br>Defendants. | Case No.: C 08-00852 PJH<br>Honorable Phyllis J. Hamilton<br><br>**PROOF OF SERVICE OF PLAINTIFFS' NOTICE OF MOTION AND MOTION TO REMAND TO STATE COURT, MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT OF PLAINTIFFS' MOTION TO REMAND TO STATE COURT, DECLARATION OF RANDALL CRANE IN SUPPORT OF PLAINTIFFS' MOTION TO REMAND TO STATE COURT, AND DECLARATION OF LORA MOTE IN SUPPORT OF PLAINTIFFS' MOTION TO REMAND TO STATE COURT** |

I, Elizabeth R. N. Gargano, declare:

1.  I am employed in the City of Oakland and County of Alameda, in the State of California by Law Office of Randall Crane at 180 Grand Avenue, Suite 1550, Oakland, CA 94612.

2.  I am over the age of eighteen years and am not a party to the within cause.

3.  I am readily familiar with Law Office of Randall Crane's practice for collection and processing of correspondence and documents for mailing with the United States Postal Service, which in the normal course of business, provides for the deposit of all correspondence

1 and documents with the United States Postal Service on the same day they are collected and
2 processed for mailing.
3      4.     On February 25, 2008 at Law Office of Randall Crane located at the above-referenced address, I served copies of the following document(s): **PLAINTIFFS' NOTICE OF MOTION AND MOTION TO REMAND TO STATE COURT, MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT OF PLAINTIFFS' MOTION TO REMAND TO STATE COURT, DECLARATION OF RANDALL CRANE IN SUPPORT OF PLAINTIFFS' MOTION TO REMAND TO STATE COURT, and DECLARATION OF LORA MOTE IN SUPPORT OF PLAINTIFFS' MOTION TO REMAND TO STATE COURT** on the interested parties in said cause by

\_\_\_\_\_ personal delivery by messenger service of the document(s) above to the person(s) at the address(es) set forth below:

\_X\_ placing the document(s) listed above in a sealed envelope with postage thereon fully prepaid, in accordance with the firm's practice of collection and processing correspondence for mailing to the person(s) at the address(es) set forth below:

\_\_\_\_\_ facsimile transmission pursuant to Rule 2008 of the California Rules of Court on this date before 5:00 p.m. (PST) of the document(s) listed above from sending facsimile machine main telephone number (510) 465-4643, and which transmission was reported as complete and without error (copy of which is attached), to facsimile number(s) set forth below:

\_\_\_\_\_ consigning the document(s) listed above to an express delivery service for guaranteed delivery on the next business day to the person(s) at the address(es) set forth below:

| | |
|---|---|
| Jacqueline Desouza<br>Desouza Law Offices<br>2397 Shattuck Avenue, Suite 202<br>Berkeley, CA 94704 | Michael Adams<br>Law Offices of Michael Adams<br>700 Marshall Street, Suite 300<br>Redwood City, CA 94063 |

I declare under penalty of perjury that the foregoing is true and correct.

Executed February 25, 2008, at Oakland, California.

*Elizabeth R. M. Gargano*