1  DESOUZA LAW OFFICES, a professional corporation
   JACQUELINE DESOUZA, State Bar No.:133686
2  PAMELA F. ELLMAN, State Bar No.:164574
   2397 Shattuck Avenue, Suite 202
3  Berkeley, CA 94704
   Telephone:  (510) 649-3420
4  Facsimile:   (510) 649-1711

5  Attorneys for Defendant(s):
   RWS ENTERPRISES WHICH WILL DO BUSINESS
6  IN CALIFORNIA AS KIDDIE KANDIDS, INC

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JACQUELYN HARRIS, LORA MOTE, and COURTNEY COLIANNA, on behalf of themselves and all others similarly situated,<br><br>　　　　　Plaintiffs,<br><br>　　vs.<br><br>RWS ENTERPRISES WHICH WILL DO BUSINESS IN CALIFORNIA AS KIDDIE KANDIDS, INC, and DOES 1 through 50, inclusive,<br><br>　　　　　Defendants.<br>_____/ | Case No. C 08-00852 PJH<br><br>**STIPULATION OF THE PARTIES AND [PROPOSED] ORDER CONTINUING PLAINTIFFS' MOTION TO REMAND TO ALLOW THE PARTIES TO ENGAGE IN SETTLEMENT DISCUSSIONS**<br><br>Complaint Filed: January 4, 2008 |

{JDS8306.DOC}STIPULATION AND [PROPOSED] ORDER CONTINUING PLAINTIFFS' MOTION FOR REMAND – Page 1

1  Pursuant to Northern District Local Rules, rule 6.2 and 7.12, the parties, by their attorneys of record, stipulate to continue Plaintiffs' Motion to Remand this Action to State Court for 30 days in order to exchange information and engage in settlement discussions.   The parties request that Plaintiffs' Motion to Remand presently set for April 2, 2008, be continued to May 7, 2008.  The parties further request that the deadlines for filing Defendant's opposition and Plaintiffs' reply papers be calculated, in accordance with Federal Rules of Civil Procedure, from the May 9th hearing date.

Neither party has previously requested a continuance of this Court.

The Court has scheduled an initial Case Management Conference for May 15, 2008.   The parties will comply with the Federal Rules of Civil Procedure, rule 26 subdivision (f) and Standing Order For All Judges Of The Northern District and do not request a continuance of the May 15th Case Management Conference.

IT IS SO STIPULATED:

DATED:  March 5, 2008March 6, 2008            DESOUZA LAW OFFICES
                                              a professional corporation

                                              By: /s/ Jacqueline deSouza
                                              Jacqueline deSouza
                                              Attorneys for Defendant
                                              RWS ENTERPRISES WHICH WILL DO
                                              BUSINESS IN CALIFORNIA AS KIDDIE
                                              KANDIDS, INC.

DATED: March  5, 2008                         LAW OFFICES OF RANDALL CRANE

                                              By:  /s/ Randall Crane
                                              Randall Crane
                                              Attorneys for Plaintiffs
                                              JACQUELYN HARRIS, LORA MOTE, and
                                              COURTNEY COLIANNA, on behalf of
                                              themselves and all others similarly situated.

Good Cause Appearing, this Court GRANTS the parties' request for a continuance of Plaintiffs' Motion to Remand for 30 days.  The Plaintiffs' Motion shall be heard on May 7, 2008, at 9:00 am in Department 17 of this Court.   Defendant's opposition and Plaintiffs' reply shall be

///

1  calendared from the May 9th hearing date in accordance with the Federal Rules of Civil Procedure.

2  IT IS SO ORDERED:

3

4  DATED: March __, 2008        By: _____
                                The Hon. Phyllis J. Hamilton
5                               Judge of the United States District Court
                                Northern District of California
6