1  DESOUZA LAW OFFICES, a professional corporation
   JACQUELINE DESOUZA, State Bar No.:133686
2  PAMELA F. ELLMAN, State Bar No.:164574
   2397 Shattuck Avenue, Suite 202
3  Berkeley, CA 94704
   Telephone:  (510) 649-3420
4  Facsimile:   (510) 649-1711

5  Attorneys for Defendant(s):
   RWS  ENTERPRISES WHICH WILL DO BUSINESS
6  IN CALIFORNIA AS KIDDIE KANDIDS, INC

8              UNITED STATES DISTRICT COURT

9              NORTHERN DISTRICT OF CALIFORNIA

11 JACQUELYN HARRIS, LORA MOTE, and      Case No. C 08-00852 PJH
   COURTNEY COLIANNA, on behalf of
12 themselves and all others similarly situated,

13         Plaintiffs,                   **STIPULATION OF THE PARTIES AND
                                         [PROPOSED] ORDER CONTINUING
14                                       PLAINTIFFS' MOTION TO REMAND
       vs.                               TO ALLOW THE PARTIES TO
15                                       ENGAGE IN SETTLEMENT
   RWS ENTERPRISES WHICH WILL DO         DISCUSSIONS**
16 BUSINESS IN CALIFORNIA AS KIDDIE
   KANDIDS, INC, and DOES 1 through 50,
17 inclusive,

18         Defendants.                   Complaint Filed: January 4, 2008

20 _____/

Pursuant to Northern District Local Rules, rule 6.2 and 7.12, the parties, by their attorneys of record, stipulate to continue Plaintiffs' Motion to Remand this Action to State Court for 30 days in order to exchange information and engage in settlement discussions.   The parties request that Plaintiffs' Motion to Remand presently set for April 2, 2008, be continued to May 7, 2008.  The parties further request that the deadlines for filing Defendant's opposition and Plaintiffs' reply papers be calculated, in accordance with Federal Rules of Civil Procedure, from the May 9th hearing date.

Neither party has previously requested a continuance of this Court.

The Court has scheduled an initial Case Management Conference for May 15, 2008.   The parties will comply with the Federal Rules of Civil Procedure, rule 26 subdivision (f) and Standing Order For All Judges Of The Northern District and do not request a continuance of the May 15th Case Management Conference.

IT IS SO STIPULATED:

DATED:  March 5, 2008March 6, 2008     DESOUZA LAW OFFICES
                                        a professional corporation

                                        By: /s/ Jacqueline deSouza
                                        Jacqueline deSouza
                                        Attorneys for Defendant
                                        RWS ENTERPRISES WHICH WILL DO
                                        BUSINESS IN CALIFORNIA AS KIDDIE
                                        KANDIDS, INC.

DATED: March  5, 2008                   LAW OFFICES OF RANDALL CRANE

                                        By:  /s/ Randall Crane
                                        Randall Crane
                                        Attorneys for Plaintiffs
                                        JACQUELYN HARRIS, LORA MOTE, and
                                        COURTNEY COLIANNA, on behalf of
                                        themselves and all others similarly situated.

Good Cause Appearing, this Court GRANTS the parties' request for a continuance of Plaintiffs' Motion to Remand for 30 days.  The Plaintiffs' Motion shall be heard on May 7, 2008, at 9:00 am in Department 17 of this Court.  Defendant's opposition and Plaintiffs' reply shall be

///

calendared from the May 9th hearing date in accordance with the Federal Rules of Civil Procedure.

IT IS SO ORDERED:

DATED: March 10, 2008



By: _____
The Hon. Phyllis J. Hamilton
United States District Court
Northern District of California

IT IS SO ORDERED
Judge Phyllis J. Hamilton