DESOUZA LAW OFFICES, a professional corporation
JACQUELINE DESOUZA, State Bar No.:133686
PAMELA F. ELLMAN, State Bar No.:164574
2397 Shattuck Avenue, Suite 202
Berkeley, CA 94704
Telephone:  (510) 649-3420
Facsimile:  (510) 649-1711

Attorneys for Defendant(s):
RWS  ENTERPRISES WHICH WILL DO BUSINESS
IN CALIFORNIA AS KIDDIE KANDIDS, INC

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JACQUELYN HARRIS, LORA MOTE, and COURTNEY COLIANNA, on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>vs.<br><br>RWS ENTERPRISES WHICH WILL DO BUSINESS IN CALIFORNIA AS KIDDIE KANDIDS, INC, and DOES 1 through 50, inclusive,<br><br>Defendants.<br><br>_____/ | Case No. C 08-00852 PJH<br><br>**STIPULATION OF THE PARTIES AND [PROPOSED] ORDER RE: CONTINUANCE OF PLAINTIFFS' MOTION TO REMAND, AND CASE MANAGEMENT CONFERENCE TO ALLOW THE PARTIES TO ENGAGE IN SETTLEMENT DISCUSSIONS**<br><br>Complaint Filed: January 4, 2008 |

Pursuant to Northern District Local Rules, rule 6.2 and 7.12, the parties, by their attorneys of record, stipulate to continue Plaintiffs' Motion to Remand this Action to State Court for 30 days in order to continue their negotiations and settlement discussions.  The Parties request that Plaintiffs' Motion to Remand presently set for May 7, 2008, be continued to May 21, 2008.  The Parties further request that the deadlines for filing Defendant's opposition and Plaintiffs' reply papers are calculated, in accordance with Federal Rules of Civil Procedure, from the May 21st hearing date.

The Parties stipulated and obtained this court's consent to a prior 30-day continuance of Plaintiff's motion.

The Court has scheduled an initial Case Management Conference for May 15, 2008.  The Parties request that this initial Case Management Conference be continued to June 5, 2008, to accommodate the Party's negotiations, the continued Motion for Remand, and the Federal Rules of Civil Procedure, rule 26 subdivision (f) requirements.   The Parties will comply with the Court's Standing Order For All Judges Of The Northern District.

IT IS SO STIPULATED:

DATED: April 3, 2008                          DESOUZA LAW OFFICES
                                              a professional corporation


                                              _____/s/_____
                                              By: /s/ Jacqueline deSouza
                                              Jacqueline deSouza
                                              Attorneys for Defendant
                                              RWS ENTERPRISES WHICH WILL DO
                                              BUSINESS IN CALIFORNIA AS KIDDIE
                                              KANDIDS, INC.

DATED:  _____                      LAW OFFICES OF RANDALL CRANE


                                              _____
                                              By:  /s/ Randall Crane
                                              Randall Crane
                                              Attorneys for Plaintiffs
                                              JACQUELYN HARRIS, LORA MOTE, and
                                              COURTNEY COLIANNA, on behalf of
                                              themselves and all others similarly situated.

1    Pursuant to the Parties' stipulation and Good Cause Appearing, this Court GRANTS the

2  Parties' request for a continuance of Plaintiffs' Motion to Remand.  The Plaintiffs' Motion shall be

3  heard on May 21, 2008, at 9:00 am in Department 17 of this Court.  Defendant's opposition and

4  Plaintiffs' reply shall be calendared from the May 21, 2008 hearing date in accordance with the

5  Federal Rules of Civil Procedure.  The initial Case Management Conference shall be continued to June

6  5, 2008, at 2:30 p.m.

7  IT IS SO ORDERED:

8

9  DATED:  April  9 , 2008

10



11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28