DESOUZA LAW OFFICES, a professional corporation
JACQUELINE DESOUZA, State Bar No.:133686
PAMELA F. ELLMAN, State Bar No.:164574
2397 Shattuck Avenue, Suite 202
Berkeley, CA 94704
Telephone: (510) 649-3420
Facsimile: (510) 649-1711

Attorneys for Defendant(s):
RWS ENTERPRISES WHICH WILL DO BUSINESS
IN CALIFORNIA AS KIDDIE KANDIDS, INC

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JACQUELYN HARRIS, LORA MOTE, and COURTNEY COLIANNA, on behalf of themselves and all others similarly situated,<br><br>　　　　Plaintiffs,<br><br>　　vs.<br><br>RWS ENTERPRISES WHICH WILL DO BUSINESS IN CALIFORNIA AS KIDDIE KANDIDS, INC, and DOES 1 through 50, inclusive,<br><br>　　　　Defendants.<br>_____/ | Case No. C 08-00852 PJH<br><br>**STIPULATION OF THE PARTIES AND [PROPOSED] ORDER RE: CONTINUANCE OF PLAINTIFFS' MOTION TO REMAND, AND CASE MANAGEMENT CONFERENCE DUE TO SETTLEMENT**<br><br>Complaint Filed: January 4, 2008 |

The parties have engaged in settlement discussions and have agreed in principle to the terms of a settlement. They stipulate and agree to continue Plaintiffs' Motion to Remand this Action to State Court and initial Case Management Conference for approximately 30 days in order to reduce their agreement to writing and to file an application for this Court's approval of the settlement. Thus, pursuant to Northern District Local Rules, rule 6.2 and 7.12, the parties, by their attorneys of record, stipulate as follows:

(1) Plaintiffs' Motion to Remand presently set for May 21, 2008 be continued to June 25, 2008, at 9:00 a.m., and that the deadlines for filing Defendant's opposition and Plaintiffs' reply papers be calculated, in accordance with Federal Rules of Civil Procedure, from the June 18th hearing date; and,

**(2)** The initial Case Management Conference be continued from June 5, 2008, to July 10, 2008, at 2:30 p.m. The parties will comply with Federal Rules of Civil Procedure, rule 26 subdivision (f).

The parties have stipulated and obtained this Court's prior consent to two continuances of Plaintiff's Motion and one continuance of the initial Case Management Conference.

IT IS SO STIPULATED:

DATED: April 17, 2008                    DESOUZA LAW OFFICES
                                          a professional corporation

                                          _____/s/_____
                                          By: Jacqueline deSouza
                                          Jacqueline deSouza
                                          Attorneys for Defendant
                                          RWS ENTERPRISES WHICH WILL DO
                                          BUSINESS IN CALIFORNIA AS KIDDIE
                                          KANDIDS, INC.

DATED: April 21, 2008                    LAW OFFICES OF RANDALL CRANE

                                                       /s/
                                     By: Randall Crane
                                     Randall Crane
                                     Attorneys for Plaintiffs
                                     JACQUELYN HARRIS, LORA MOTE, and
                                     COURTNEY COLIANNA, on behalf of
                                     themselves and all others similarly situated.

Pursuant to the Parties' stipulation and Good Cause Appearing, this Court GRANTS the Parties' request for a continuance of Plaintiffs' Motion to Remand. The Plaintiffs' Motion shall be heard on June 25, 2008, at 9:00 am in Department 17 of this Court. Defendant's opposition and Plaintiffs' reply shall be calendared from the June ~~24~~ 25, 2008 hearing date in accordance with the Federal Rules of Civil Procedure. The initial Case Management Conference is continued to July 10, 2008, at 2:30 p.m., in Department 17.

IT IS SO ORDERED:

DATED: April 28, 2008



IT IS SO ORDERED
Judge Phyllis J. Hamilton

Stipulation Of The Parties And [Proposed] Order Re: Continuance Of Plaintiffs' Motion For Remand, And Case Management Conference
– Page 3