UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

JACQUELYN HARRIS, et al.,

    Plaintiff(s),　　　　　　　　　　No. C 08-0852 PJH

    v.　　　　　　　　　　　　　　　　**ORDER OF REFERENCE**
**TO MAGISTRATE JUDGE**
RWS ENTERPRISES, INC.,

    Defendant(s).
_____/

    Pursuant to Local Rule 72-1, and at the request of the parties, this matter is referred for random assignment to a magistrate judge to conduct a settlement conference as soon as possible.

    The parties will be advised of the date, time and place of appearance by notice from the assigned magistrate judge .

    IT IS SO ORDERED.

Dated: May 28, 2008

_____
PHYLLIS J. HAMILTON
United States District Judge

cc: Wings, assigned magistrate judge