UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

JACQUELYN HARRIS, et al.,

        Plaintiff(s),                    No. C 08-0852 PJH

    v.                                  **SCHEDULING ORDER**

RWS ENTERPRISES, INC.,

        Defendant(s).

_____/

        The request of the parties to continue the June 25, 2008 hearing date for plaintiffs' motion to remand and the July 10, 2008 case management conference is GRANTED in view of the potential settlement of this matter and the joint request for referral to a magistrate judge. However, as it is unknown how soon the settlement conference can be scheduled and completed (more than one session might be required), the court orders the remand motion administratively terminated rather than carry it as a pending motion for an indeterminate period of time. Should the settlement not be concluded successfully, the parties should stipulate to a briefing schedule and the motion would simply need to be re-noticed on ths court's calendar. The June 25, 2008 hearing date is VACATED. However, for calendar control purposes, the July 10, 2008 case management conference is CONTINUED to September 18, 2008, at 2:30 p.m. This date may be continued by stipulation if the magistrate-judge hosted settlement discussions have not occurred.

        IT IS SO ORDERED.

Dated: May 28, 2008

                                                          _____
                                                          PHYLLIS J. HAMILTON
                                                          United States District Judge

cc: Wings, assigned magistrate judge