1 DESOUZA LAW OFFICES, a professional corporation
JACQUELINE DESOUZA, State Bar No.:133686
2 JULIE M. AZEVEDO, State Bar No.:151618
2397 Shattuck Avenue, Suite 202
3 Berkeley, CA 94704
Telephone: (510) 649-3420
4 Facsimile: (510) 649-1711

5 Attorneys for Defendant(s):
RWS ENTERPRISES WHICH WILL DO BUSINESS
6 IN CALIFORNIA AS KIDDIE KANDIDS, INC

8                     UNITED STATES DISTRICT COURT

9                     NORTHERN DISTRICT OF CALIFORNIA

11 JACQUELYN HARRIS, LORA MOTE, and          Case No. C 08-00852 PJH
   COURTNEY COLIANNA, on behalf of
12 themselves and all others similarly situated,

13             Plaintiffs,

14                                           **STIPULATION OF THE PARTIES AND
        vs.                                  [PROPOSED] ORDER RE:
15                                           CONTINUANCE OF CASE
   RWS ENTERPRISES WHICH WILL DO             MANAGEMENT CONFERENCE**
16 BUSINESS IN CALIFORNIA AS KIDDIE
   KANDIDS, INC, and DOES 1 through 50,
17 inclusive,

18                                           Complaint Filed: January 4, 2008
             Defendants.
19
20 _____/

On May 28, 2008, the Court filed a Scheduling Order (Document 27) vacating the hearing on Plaintiffs' motion to remand and continuing the initial case management conference to September 18, 2008, at 2:30 p.m. in order to permit the parties to participate in magistrate-judge hosted settlement discussions.  The Court's Scheduling Order provided that the September 18th case management conference may be continued by stipulation of the parties in the event the magistrate-judge hosted settlement conference has not occurred.  On June 4, 2008, the parties were assignment to Magistrate Judge Maria-Elena James to conduct a settlement conference on September 24, 2008 (Document 28), after the date the case management conference is scheduled to occur.  Accordingly, the parties hereby again stipulate and agree to continue the initial Case Management Conference until after the settlement conference is conducted and a proposal for class settlement can be submitted to this Court.

Thus, pursuant to Northern District Local Rules, rule 6.2 and 7.12, the parties, by and through their attorneys of record, stipulate that the initial Case Management Conference be continued from September 18, 2008, at 2:30 p.m. to _____, 2008, at 2:30 p.m.  The parties will comply with Federal Rules of Civil Procedure, rule 26 subdivision (f).

The parties have stipulated and obtained this Court's prior consent to two continuances of Plaintiffs' Motion to Remand, and one continuance of the initial Case Management Conference.

IT IS SO STIPULATED:

DATED: August 27, 2008                                  DESOUZA LAW OFFICES
                                                                                    a professional corporation


                                                                                              /s/
                                                                                    By: Jacqueline deSouza
                                                                                    Jacqueline deSouza
                                                                                    Attorneys for Defendant
                                                                                    RWS ENTERPRISES WHICH WILL DO
                                                                                    BUSINESS IN CALIFORNIA AS KIDDIE
                                                                                    KANDIDS, INC.

1  DATED: August 27, 2008                              LAW OFFICES OF RANDALL CRANE

2                                                                          _____/s/_____
3                                                                          By: Randall Crane
                                                                           Randall Crane
4                                                                          Attorneys for Plaintiffs
                                                                           JACQUELYN HARRIS, LORA MOTE, and
5                                                                          COURTNEY COLIANNA, on behalf of
                                                                           themselves and all others similarly situated
6

7    Pursuant to the Parties' stipulation and Good Cause Appearing, this Court GRANTS the

8  Parties' request for a continuance of the initial case management conference. The Case Management

9  Conference is continued to _____, 2008, at 2:30 p.m., in Department 17.

10 IT IS SO ORDERED:

11

12 DATED: _____, 2008                    By: _____
                                                                           The Hon. Phyllis J. Hamilton
13                                                                         Judge of the United States District Court
                                                                           Northern District of California
14