1  DESOUZA LAW OFFICES, a professional corporation
   JACQUELINE DESOUZA, State Bar No.:133686
2  JULIE M. AZEVEDO, State Bar No.:151618
   2397 Shattuck Avenue, Suite 202
3  Berkeley, CA 94704
   Telephone:  (510) 649-3420
4  Facsimile:   (510) 649-1711

5  Attorneys for Defendant(s):
   RWS ENTERPRISES WHICH WILL DO BUSINESS
6  IN CALIFORNIA AS KIDDIE KANDIDS, INC

7

8                    UNITED STATES DISTRICT COURT

9                    NORTHERN DISTRICT OF CALIFORNIA

10

11 JACQUELYN HARRIS, LORA MOTE, and           Case No. C 08-00852 PJH
   COURTNEY COLIANNA, on behalf of
12 themselves and all others similarly situated,

13         Plaintiffs,

14                                             **STIPULATION OF THE PARTIES AND
       vs.                                     [P~~ROPOSED~~] ORDER RE:
15                                             CONTINUANCE OF CASE
   RWS ENTERPRISES WHICH WILL DO               MANAGEMENT CONFERENCE**
16 BUSINESS IN CALIFORNIA AS KIDDIE
   KANDIDS, INC, and DOES 1 through 50,
17 inclusive,

18                                             Complaint Filed: January 4, 2008
           Defendants.
19
20 _____/

21

22

23

24

25

26

27

28

On May 28, 2008, the Court filed a Scheduling Order (Document 27) vacating the hearing on Plaintiffs' motion to remand and continuing the initial case management conference to September 18, 2008, at 2:30 p.m. in order to permit the parties to participate in magistrate-judge hosted settlement discussions. The Court's Scheduling Order provided that the September 18th case management conference may be continued by stipulation of the parties in the event the magistrate-judge hosted settlement conference has not occurred. On June 4, 2008, the parties were assignment to Magistrate Judge Maria-Elena James to conduct a settlement conference on September 24, 2008 (Document 28), after the date the case management conference is scheduled to occur. Accordingly, the parties hereby again stipulate and agree to continue the initial Case Management Conference until after the settlement conference is conducted and a proposal for class settlement can be submitted to this Court.

Thus, pursuant to Northern District Local Rules, rule 6.2 and 7.12, the parties, by and through their attorneys of record, stipulate that the initial Case Management Conference be continued from September 18, 2008, at 2:30 p.m. to _____, 2008, at 2:30 p.m. The parties will comply with Federal Rules of Civil Procedure, rule 26 subdivision (f).

The parties have stipulated and obtained this Court's prior consent to two continuances of Plaintiffs' Motion to Remand, and one continuance of the initial Case Management Conference.

IT IS SO STIPULATED:

DATED: August 27, 2008                    DESOUZA LAW OFFICES
                                          a professional corporation

                                                 /s/
                                          By: Jacqueline deSouza
                                          Jacqueline deSouza
                                          Attorneys for Defendant
                                          RWS ENTERPRISES WHICH WILL DO
                                          BUSINESS IN CALIFORNIA AS KIDDIE
                                          KANDIDS, INC.

DATED: August 27, 2008         LAW OFFICES OF RANDALL CRANE

                               _____/s/_____
                               By: Randall Crane
                               Randall Crane
                               Attorneys for Plaintiffs
                               JACQUELYN HARRIS, LORA MOTE, and
                               COURTNEY COLIANNA, on behalf of
                               themselves and all others similarly situated

Pursuant to the Parties' stipulation and Good Cause Appearing, this Court GRANTS the Parties' request for a continuance of the initial case management conference. The Case Management Conference is continued to _October 2_____, 2008, at 2:30 p.m., in Department 17.

IT IS SO ORDERED:

DATED: _September 3___, 2008    By: _____
                                The Hon. Phyllis J. Hamilton
                                Judge of the United States District Court
                                Northern District of California

*[Seal: UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA — IT IS SO ORDERED / Judge Phyllis J. Hamilton]*