1  DESOUZA LAW OFFICES, a professional corporation
   JACQUELINE DESOUZA, State Bar No.:133686
2  JULIE M. AZEVEDO, State Bar No.:151618
   2397 Shattuck Avenue, Suite 202
3  Berkeley, CA 94704
   Telephone: (510) 649-3420
4  Facsimile: (510) 649-1711

5  Attorneys for Defendant(s):
   RWS ENTERPRISES WHICH WILL DO BUSINESS
6  IN CALIFORNIA AS KIDDIE KANDIDS, INC

7

8                UNITED STATES DISTRICT COURT

9                NORTHERN DISTRICT OF CALIFORNIA

10

11 JACQUELYN HARRIS, LORA MOTE, and          Case No. C 08-00852 PJH
   COURTNEY COLIANNA, on behalf of
12 themselves and all others similarly situated,

13            Plaintiffs,

14                                            **STIPULATION OF THE PARTIES AND
       vs.                                    [PROPOSED] ORDER RE:
15                                            CONTINUANCE OF CASE
   RWS ENTERPRISES WHICH WILL DO              MANAGEMENT CONFERENCE**
16 BUSINESS IN CALIFORNIA AS KIDDIE
   KANDIDS, INC, and DOES 1 through 50,
17 inclusive,

18                                            Complaint Filed: January 4, 2008
              Defendants.
19
20 _____/

21

{JMA2535.DOC}Stipulation Of The Parties And [Proposed] Order Re: Continuance Of Case Management Conference – Page 1

On May 28, 2008, the Court filed a Scheduling Order (Document 27) vacating the hearing on Plaintiffs' motion to remand and continuing the initial case management conference to September 18, 2008, at 2:30 p.m. in order to permit the parties to participate in magistrate-judge hosted settlement discussions.  The Court's Scheduling Order provided that the September 18th case management conference may be continued by stipulation of the parties in the event the magistrate-judge hosted settlement conference has not occurred.  On June 4, 2008, the parties were assigned to Magistrate Judge Maria-Elena James to conduct a settlement conference on September 24, 2008 (Document 28). The parties hope to resolve this case at the upcoming settlement conference, and again seek a continuance of the case management conference currently set for October 2, 2008, and submission of the Joint Case Management Statement to be submitted by September 25, 2008.

Accordingly, the parties hereby again stipulate and agree to continue the initial Case Management Conference until after the settlement conference is conducted and a proposal for class settlement can be submitted to this Court.

Thus, pursuant to Northern District Local Rules, rule 6.2 and 7.12, the parties, by and through their attorneys of record, stipulate that the initial Case Management Conference be continued from October 2, 2008, at 2:30 p.m. to _____, 2008, at 2:30 p.m.  The parties will comply with Federal Rules of Civil Procedure, rule 26 subdivision (f).

The parties have stipulated and obtained this Court's prior consent to two continuances of Plaintiffs' Motion to Remand, and two continuances of the initial Case Management Conference.

IT IS SO STIPULATED:

DATED: September 11, 2008                         DESOUZA LAW OFFICES
                                                  a professional corporation

                                                          /s/
                                                  By: Jacqueline deSouza
                                                  Jacqueline deSouza
                                                  Attorneys for Defendant
                                                  RWS ENTERPRISES WHICH WILL DO
                                                  BUSINESS IN CALIFORNIA AS KIDDIE
                                                  KANDIDS, INC.

1
2
3
4   DATED:  August 27, 2008                         LAW OFFICES OF RANDALL CRANE
5
                                                   _____/s/_____
6                                                  By: Randall Crane
                                                   Randall Crane
7                                                  Attorneys for Plaintiffs
                                                   JACQUELYN HARRIS, LORA MOTE, and
8                                                  COURTNEY COLIANNA, on behalf of
                                                   themselves and all others similarly situated
9
10         Pursuant to the Parties' stipulation and Good Cause Appearing, this Court GRANTS the

11  Parties' request for a continuance of the initial case management conference.  The Case Management

12  Conference is continued to __October 30_____, 2008, at 2:30 p.m., in Department 17.

13  IT IS SO ORDERED:

14
15  DATED:  _September 19___, 2008                 By: _____
                                                   The Hon. Phyllis J. Hamilton
16                                                 Judge of the United States District Court
                                                   Northern District of California

*[Seal: UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA]*
*[Stamp: IT IS SO ORDERED / Judge Phyllis J. Hamilton]*