# DESOUZA LAW OFFICES
a professional corporation

2397 Shattuck Avenue, Suite 202
Berkeley, CA 94704

Telephone: (510) 649-3420
Facsimile: (510) 649-1711

Jacqueline deSouza
jdesouza@dlawcorp.com

March 12, 2009

Magistrate Judge Maria-Elena James.
Judge of the District Court
Northern District of California
450 Golden Gate Avenue
San Francisco, CA 94102

Re: *Harris et al v. Kiddie Kandids, Inc*
USDC Case No.: C08-00852 (MEJ)

Dear Magistrate Judge James,

The parties write to you again to request a continuance of the Final Settlement Approval Hearing Date. The lead Plaintiffs' counsel, Randall Crane, has undergone surgery and has been unavailable making it impossible for the parties to complete all tasks in time for the hearing now scheduled for March 26, 2009. We request a continuance of 90 days to June 18, 2009.

This case was settled on September 24, 2008, in a settlement conference you conducted. A Final Settlement Approval Hearing Date was scheduled for January of 2009 but the parties were unable to make progress on administrative matters and agree upon the class member notice. At the parties' request, the hearing date was moved to March 26, 2009. Since that continuance was granted, the parties have retained an administrator (Simpluris) provided Simpluris with all information necessary to administer this settlement including a break down of class member payments and related tax information. Simpluris is in the process of completing a check of social security numbers, calculations including calculating each member's and the employer tax payments, and setting up appropriate bank and tax accounts. Counsel have exchanged drafts of a class member notice, and stipulated settlement and are in the process of drafting a motion for final approval.

{JDS8894.DOC}

The Hon. Mag. James
Re: Harris v. Kiddie Kandids
March 12, 2009
Page 2

    Unfortunately, Mr. Crane has been unavailable due to a medical situation making it impossible for counsel to timely complete tasks for the March 26th hearing. Thus, we request a continuance of 90 days for the Final Settlement Approval Hearing Date to June 18th.

    On behalf of all counsel, we apologize for this delay and thank you for considering this request.

Very truly yours,

/s/

Jacqueline deSouza

cc. Randall Crane, counsel for Plaintiffs
    Michael Adams, counsel for Plaintiffs

Dated: March 12, 2009



GRANTED
Judge Maria-Elena James
UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

{JDS8894.DOC}